# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| TYSON FOODS, INC. | ) | CIVIL ACTION NO. 2006-5177 |
| Plaintiff, | ) | |
| V. | ) | |
| THE DUPPS COMPANY and RAINS-FLO MANUFACTURING CO. | ) | |
| Defendants. | ) | |

## ORDER

Upon Motion of Michael R. Bond (Dkt. No. 8) and for good cause shown, W. Douglas Martin of Kutak Rock LLP is hereby relieved as counsel of record for Plaintiff Tyson Foods, Inc. and Michael R. Bond of Kutak Rock LLP is hereby substituted as counsel of record for Plaintiff Tyson Foods, Inc. Opposing counsel is directed to send all subsequent notices, correspondence and pleadings to Mr. Michael R. Bond, Kutak Rock LLP, The Three Sisters Building, 214 West Dickson Street, Fayetteville, Arkansas 72701-5221, telephone (479) 973-4200, facsimile (479) 973-0007, Michael.bond@kutakrock.com.

It is so ordered, this 25th day of October, 2006.

/s/ Jimm Larry Hendren
Honorable Jimm Larry Hendren
United States District Judge