**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

TYSON FOODS, INC. and
TYSON POULTRY, INC.                                                    PLAINTIFFS

      v.          Civil No. 06-5177

THE DUPPS COMPANY and
RAINS-FLO MANUFACTURING COMPANY                                        DEFENDANTS

**O R D E R**

Now on this 19th day of June, 2007, come on for consideration **Tyson's Amended Motion For Enlargement Of Time To Respond To Motion For Summary Judgment Of The Dupps Company** (document #29) and **Plaintiffs' Motion For Continuance And Enlargement Of Deadlines For Expert Reports And Discovery** (document #30), and the Court, being well and sufficiently advised, finds that said motions should be, and same hereby are, **granted**.

**IT IS THEREFORE ORDERED** that plaintiffs are allowed up to and including July 19, 2007, to respond to the Motion For Summary Judgment Of The Dupps Company.

**IT IS FURTHER ORDERED** that plaintiffs must make initial expert witness disclosures by September 18, 2007; defendants must make initial expert witness disclosures by October 5, 2007; and rebuttal expert witness disclosures must be made by October 19, 2007.

**IT IS FURTHER ORDERED** that discovery is to be completed by November 1, 2007.

**IT IS FURTHER ORDERED** that trial of this matter is rescheduled for Tuesday, January 22, 2008.

**IT IS SO ORDERED.**

                                                    **/s/ Jimm Larry Hendren**
                                                    **JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**