IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TYSON FOODS, INC. and
TYSON POULTRY, INC.                                                                PLAINTIFFS

       v.                      Civil No. 06-5177

THE DUPPS COMPANY                                                                  DEFENDANTS

### J U D G M E N T

The captioned matter came on for trial on January 22, 2008. Both sides appeared and were represented by counsel. A jury was empaneled; heard the evidence, instructions of the Court, and arguments of counsel; and retired to deliberate. On January 25, 2008, the jury returned a verdict in favor of The Dupps Company.

**IT IS THEREFORE ORDERED** that judgment is entered in favor of The Dupps Company, and plaintiffs' claims are **dismissed with prejudice.**

**IT IS SO ORDERED** this 30th day of January, 2008.

                                                                        /s/ Jimm Larry Hendren
                                                                           **JIMM LARRY HENDREN**
                                                                           **UNITED STATES DISTRICT JUDGE**